No. 04–8398.  TAYLOR v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 04–8400.  WILLIAMS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 04–8403.  BRITT v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–8421.  GUERRERO v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 04–8427.  ESTRADA-SOTO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–8428.  DADE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 04–8434.  BURSE v. UNITED STATES.  C. A. 8th Cir.  Certiorari.denied.

No. 04–704.  TRAWINSKI v. UNITED TECHNOLOGIES CARRIER CORP. ET AL.  C. A. 11th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.